## JONES *v.* UNITED STATES.

No. 49, Misc.   Decided October 15, 1962.

Petitioner *pro se.*

*Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for reconsideration in light of *Coppedge* v. *United States,* 369 U. S. 438.

## VITORATOS *v.* YACOBUCCI, CLERK.

No. 408, Misc.   Decided October 15, 1962.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.